**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tim JAMES, a.k.a. Tim Jones, a.k.a. Ian Kanroy McKnight, a.k.a. Howard Morrison, Defendant–Appellant.**

**No. 11–10530**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 7, 2011.

Wifredo A. Ferrer, U.S. Attorney, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, Lothrop Morris, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Howard L. Greitzer, Lyons & Sanders, Fort Lauderdale, FL, for Defendant–Appellant.

Tim James, Miami, FL, pro se.

Before TJOFLAT, EDMONDSON and CARNES, Circuit Judges.

PER CURIAM:

Howard Greitzer, appointed counsel for Tim James in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and James's conviction and sentence are **AFFIRMED.**